

371 A.2d 851
Commonwealth v. Benjamin, Appellant.

Submitted June 14, 1976. Roosevelt Benjamin, appellant, in propria persona; Robert A. Freedberg, Assistant District Attorney, and John A. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 851
Commonwealth v. Bomberger, Appellant.

Submitted September 13, 1976. Benjamin Pomerantz, for appellant; Michael Mustakoff, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.